UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer Malm,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Macalester College,<br><br>　　　　Defendant. | Case No.:  2:19-cv-00239-MCE-EFB<br><br>Hon. Morrison C. England, Jr.<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR THE PARTIES TO CONDUCT THE 26(F) CONFERENCE**<br><br>[Filed Concurrently with Joint Stipulation for Extension of Time for the Parties to Conduct the 26(f) Conference]<br><br>Current Date:　　April 8, 2019<br>Proposed Date:　April 26, 2019 |

Pursuant to the Stipulation for Extension of Time for the Parties to Conduct the Rule 26(f) Conference (Dkt. No. 7), entered into by the parties seeking to extend the meet-and-confer requirement,

IT IS HEREBY ORDERED that the Stipulation (Dkt. No. 7) is **APPROVED** and the deadline set forth in the Initial Pretrial Scheduling Order (Dkt. No. 2) for the meet-and-confer as required by Federal Rule of Civil Procedure 26(f) regarding their discovery plan shall be April 26, 2019. No other deadlines provided in the Initial Pretrial Scheduling Order are impacted.

IT IS SO ORDERED.

Dated: April 9, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

ORDER GRANTING STIPULATION FOR EXTENSION OF
TIME FOR THE PARTIES TO CONDUCT THE 26(F) CONFERENCE
Case No. 2:19-cv-00239-MCE-EFB