FAEGRE BAKER
DANIELS LLP
ATTORNEYS AT LAW
LOS ANGELES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer Malm, | Case No. 2:19-cv-00239-MCE-EFB |
| Plaintiffs, | Hon. Morrison C. England, Jr. |
| vs. | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| Macalester College, | |
| Defendant(s). | [Filed Concurrently with Joint Stipulation for Dismissal of Entire Action with Prejudice Under F.C.R.P. 41(a)(1)(A)(ii)] |

Pursuant to the Joint Stipulation for Dismissal of Entire Action with Prejudice Under F.R.C.P. 41(a)(1)(A)(ii) (Dkt. No. 9), entered into by the parties seeking to dismiss the entire action with prejudice,

IT IS HEREBY ORDERED that the Stipulation (Dkt. No. 9) is APPROVED and the entire matter is hereby dismissed with prejudice under F.R.C.P. 41(a)(1)(A)(ii), with each party to bear its own costs and attorneys' fees. The Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: May 21, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

FAEGRE BAKER
DANIELS LLP
ATTORNEYS AT LAW
LOS ANGELES